| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>5:10-cr-233-07 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>4-11CR-207-Y |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Timothy McGregor<br>Northern District of Texas | DISTRICT<br><br>WESTERN DISTRICT OF LOUISIANA | DIVISION<br><br>Shreveport |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Tom Stagg | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>8/18/2011 | TO<br>8/17/2014 |

**OFFENSE**

Possession of Counterfeit Securities with Intend to Defraud, 18 U.S.C. §513(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF LOUISIANA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _November 19, 2011_ | _Tom Stagg_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised released be accepted and assumed by this Court from and after the entry of this order.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

DEC 1 4 2011

CLERK U.S. DISTRICT COURT

By _____
Deputy

| _12-14-11_ | _Terry R. Means_ |
|---|---|
| Effective Date | United States District Judge |