

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

December 29, 2011

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*Phone (318) 676-4273*
*FAX (318) 676-3962*

## 4-11CR-207-Y

United States District Court
Northern District of Texas
501 West 10th Street Room 310
Fort Worth, TX 76102-3673

RECEIVED
JAN - 3 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RE:    Your Case Number: 4:11-CR-207-Y
       USA v. Timothy McGregor
       Our Case Number: 5:10-cr-233-07

Dear Clerk:

In connection with the Transfer of Jurisdiction executed in the captioned matters, enclosed are certified copies of the following documents:

> Indictment
> Judgment
> Docket Sheet
> Financial Ledger: Not included as defendant is a joint and several case.

Please acknowledge receipt of the captioned documents by affixing your receipt stamp to the copy of this letter which is attached and returning same in the enclosed self-addressed stamped envelope. Thank you for your kind assistance.

Sincerely,

TONY MOORE
Clerk of Court

BY:    s/L.LaCombe
       Lisa Lacombe, Deputy Clerk

ll

**RECEIVED**

JUL 2 9 2010

TONY R. MOORE, CLERK
BY _M Cassanova_
　　　DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY SIMMONS, "Little T" or "Tony"
PATRICK EDWARDS, a.k.a. "QB"
MARVIN MOSLEY, a.k.a. "Randy" or "Ray Ray"
FRED TAYLOR, a.k.a. "Youngster"
TROY WILSON
ANTHONY ROSS
TIMOTHY McGREGOR, a.k.a."Papa Smurf"
WAYNE OSBORNE, a.k.a. "Diesel"
BRADY DOBKINS, a.k.a. "Lucky"

CRIMINAL NO: _10 - CR - 00233_

JUDGE _Tom Stagg_

MAGISTRATE JUDGE HORNSBY

**4-11CR-207-Y**

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
18 U.S.C. § 371

I.　　AT ALL TIMES RELEVANT HEREIN

A.　　BancorpSouth, Citizens National Bank, Cross Keys Bank, The Evangeline Bank and Trust Company, Peoples State Bank, Red River Bank, Regions Bank, Sabine State Bank and Trust and Union Bank are organizations affecting interstate commerce as defined in 18 U.S.C. § 513.

II.　　THE CONSPIRACY

Beginning on or about the 1st day of October, 2009, and continuing until on or about the 6th day of April, 2010, in the Western District of Louisiana and elsewhere, the Defendants, ANTHONY SIMMONS, PATRICK EDWARDS, MARVIN MOSLEY, FRED TAYLOR, TROY WILSON,

Page 1 of 8

ATTEST A TRUE COPY
TONY R. MOORE, CLERK
USDC, WESTERN DISTRICT OF LA
BY _LaCombe_
DATE _12/29/2011_

ANTHONY ROSS, TIMOTHY McGREGOR, WAYNE OSBORNE, and BRADY DOBKINS, did knowingly and willfully unlawfully combine, conspire, confederate and agree together to commit offenses against the United States in violation of Title 18, United States Code, Sections 513, by knowingly uttering and possessing counterfeited securities of an organization affecting interstate commerce for the purpose of with the intent to deceive another person and organization.

III.    OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to obtain U.S. currency by knowingly uttering and possessing counterfeited securities of an organization affecting interstate commerce for the purpose of with the intent to deceive another person and organization.

IV.    OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the Defendants performed or caused to be performed the following overt acts, among others, in the Western District of Louisiana and elsewhere:

A.    On or about October 6, 2009, MARVIN MOSLEY provided information for the purpose of making counterfeit checks in the names of multiple individuals including: TIMOTHY McGREGOR, WAYNE OSBORNE, and BRADY DOBKINS for the purpose of passing counterfeit checks.

B.    On or about October 26, 2009, PATRICK EDWARDS and MARVIN MOSLEY recruited and transported multiple individuals including: TIMOTHY McGREGOR, WAYNE OSBORNE, ANTHONY ROSS and BRADY DOBKINS for the purpose of passing counterfeit checks in Monroe, Louisiana.

C.    On or about April 6, 2010, FRED TAYLOR and TROY WILSON transported two individuals, K.P. and C.J., for the purpose of passing counterfeit checks in Ruston, Louisiana.

D.    Further, the allegations of Counts 2 - 18 are alleged and incorporated as though fully set forth herein as separate overt acts.

All in violation of Title 18, United States Code, Section 371 [18 U.S.C. § 371].

COUNTS 2-3
18 U.S.C. § 513

On or about October 2, 2009, in the Western District of Louisiana, the defendants, WAYNE OSBORNE and BRADY DOBKINS, did knowingly utter and possess counterfeited securities of an organization affecting interstate commerce, Citizens National Bank, located in Bossier City, Louisiana, bearing the payee names, the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|---|---|---|---|
| 2 | Wayne Osborne | 13519 | 1,432.91 |
| 3 | Brady Dobkins | 11113 | 1,298.43 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

## COUNTS 4-5
### 18 U.S.C. § 513

On or about October 5, 2009, in the Western District of Louisiana, the defendants, WAYNE

OBSORNE and ANTHONY ROSS, did knowingly utter, pass and possess counterfeited securities

of an organization affecting interstate commerce, Regions Bank, located in Shreveport, Louisiana,

bearing the payee names, the check numbers and in the amounts set forth below, with the intent to

deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|-------|---------------|--------------|--------|
| 4 | Wayne Osborne | 32106 | 1,376.66 |
| 5 | Anthony Ross | 32105 | 1,300.65 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United

States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

## COUNTS 6-9
### 18 U.S.C. § 513

On or about October 23, 2009, in the Western District of Louisiana, the defendants, TIMOTHY McGREGOR, ANTHONY ROSS, WAYNE OSBORNE, and BRADY DOBKINS, did knowingly utter, pass and possess counterfeited securities of an organization affecting interstate commerce, Union Bank located in Alexandria, Louisiana, bearing the payee names, the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|-------|---------------|--------------|--------|
| 6 | Timothy McGregor | 5322 | 1,345.99 |
| 7 | Anthony Ross | 5317 | 1,328.55 |
| 8 | Wayne Osborne | 5437 | 1,409.76 |
| 9 | Brady Dobkins | 5439 | 1,509.11 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

Page 5 of 8

## COUNTS 10-12
### 18 U.S.C. § 513

On or about October 26, 2009, in the Western District of Louisiana, the defendants, PATRICK EDWARDS, MARVIN MOSLEY, TIMOTHY McGREGOR, ANTHONY ROSS and WAYNE OSBORNE, did knowingly utter and possess counterfeited securities of an organization affecting interstate commerce, Cross Keys Bank, located in Monroe, Louisiana, bearing the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Name of Payee | Check Number | Amount |
|-------|---------------|--------------|--------|
| 10 | Timothy McGregor | 10315 | 1,320.87 |
| 11 | Anthony Ross | 10317 | 1,432.90 |
| 12 | Wayne Osborne | 10314 | 1,320.98 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

## COUNT 13-16
18 U.S.C. § 513

On or about December 1, 2009, in the Western District of Louisiana, the defendant, ANTHONY DEWITT SIMMONS, did knowingly possess counterfeited securities of an organization affecting interstate commerce, as further set forth below, located in Pineville and Alexandria, Louisiana, bearing the check numbers and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Initials of Payee | Bank | Check Number | Amount |
|-------|-------------------|------|--------------|--------|
| 13 | P.F. | Peoples State Bank | 25560 | 1,409.76 |
| 14 | P.F. | Evangeline Bank and Trust Co. | 6749 | 1,428.98 |
| 15 | P.F. | Red River Bank | 28004 | 1,289.65 |
| 16 | P.F. | Sabine State Bank and Trust | 9007 | 1,328.88 |

All in violation of Title 18, United States Code, Section 513(a). [18 U.S.C. § 513(a)]

## COUNTS 17-18
### 18 U.S.C. § 513

On or about April 6, 2010, in the Western District of Louisiana, the defendants, FRED TAYLOR and TROY WILSON, did knowingly possess counterfeited securities of an organization affecting interstate commerce, BancorpSouth, bearing the check numbers, payee names and in the amounts set forth below, with the intent to deceive another person and organization.

| Count | Initials of Payee | Check Number | Amount |
|-------|-------------------|--------------|--------|
| 17 | C.J. | 10481 | $1,287.23 |
| 18 | K.P. | 10482 | $1,354.90 |

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2. [18 U.S.C. § 513(a) and 18 U.S.C. § 2].

A TRUE BILL:

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

Allison D. Bushnell (La. Bar No. 27443)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
318/676-3600

Page 8 of 8

AO245B   Judgment in a Criminal Case (Rev. 09/08)
Sheet 1

~~RECEIVED~~

MAR - 8 2011

# United States District Court
## Western District of Louisiana

TONY R. MOORE, CLERK

BY _____
DEPUTY

UNITED STATES OF AMERICA

V.

TIMOTHY MCGREGOR

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    5:10-CR-00233-07

USM Number:    15072-035

G. Warren Thornell
Defendant's Attorney

**4-11CR-207-Y**

COPY SENT:

DATE: 3-8-11

BY: KL

TO: USPO-curt

**THE DEFENDANT:**

[✓]    pleaded guilty to count(s): Six of the Indictment
[ ]    pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date Offense Concluded |
|---|---|---|---|
| 18 U. S.C. §513(a) | Possession of Counterfeit Securities with Intent to Defraud | 6 | 10/26/2009 |

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s) ___.

[✓]    The remaining Counts of the Indictment   [ ] is  [✓] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material changes in economic circumstances.

March 8 2011
Date of Imposition of Judgment

Signature of Judge

TOM STAGG, United States District Judge
Name of Judge                                    Title of Judge

March 8, 2011
Date

ATTEST A TRUE COPY
TONY R. MOORE, CLERK
USDC, WESTERN DISTRICT OF LA
BY LLaCombe
DATE 12/29/2011

AO245B   Judgement in a Criminal Case (Rev. 09/08 )
      Sheet 2 — Imprisonment

DEFENDANT:      TIMOTHY MCGREGOR                                    Judgment - Page 2 of 9
CASE NUMBER:    5:10-CR-00233-07

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>fifteen (15) months, with credit for time served since 7/29/2010,  as to Count Six</u> .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
       [ ] at ___ [] a.m.    [] p.m.   on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2 p.m. on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES  MARSHAL

AO245B Case 4:11-cr-00207-Y Document 6 Filed 01/03/12 Page 12 of 20 PageID 18
Judgment in a Criminal Case (Rev. 09/08)
Sheet 3 — Supervised Release

Judgment - Page 3 of 9

DEFENDANT:     TIMOTHY MCGREGOR
CASE NUMBER:   5:10-CR-00233-07

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __three (3) years__.

# MANDATORY CONDITIONS (MC)

1.   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2.   The defendant shall not commit another federal, state, or local crime.

3.   The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4.   [ ]     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5.   [✓]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

6.   [ ]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

7.   [ ]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

8.   [ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

9.   If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

10.  The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION (SC)

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO245B Judgment in a Criminal Case (Rev.12/03)
Sheet 3A - Supervised Release

Judgment - Page 4 of 9

DEFENDANT:       TIMOTHY MCGREGOR
CASE NUMBER:   5:10-CR-00233-07

# SPECIAL CONDITIONS OF SUPERVISION (SP)

1) The defendant shall participate in a program of drug testing and/or substance abuse treatment under the guidance of the U. S. Probation Officer, as needed.

2) The defendant shall be subject to financial disclosure throughout the period of supervised release, and shall provide U. S. Probation with all requested financial documentation. The defendant shall report all household income to U. S. Probation as requested.

3) In the event restitution is not paid prior to the commencement of supervised release, the defendant shall make monthly payments at a rate not less than 15% of the defendant's gross monthly income, to be paid to the District Clerk of Court for disbursal to the victims in this case. Payment shall begin within 30 days of release from imprisonment. Restitution payments will be paid jointly and severally with any and all co-defendants

# U.S. District Court
## Western District of Louisiana (Shreveport)
## CRIMINAL DOCKET FOR CASE #: 5:10-cr-00233-TS-MLH-7
### Internal Use Only

Case title: USA v. Simmons et al            Date Filed: 07/29/2010
                                                         Date Terminated: 03/08/2011

Assigned to: Judge Tom Stagg
Referred to: Magistrate Judge Mark L Hornsby

**4-11CR-207-Y**

### Defendant (7)

**Timothy McGregor**
*TERMINATED: 03/08/2011*
*also known as*
Papa Smurf
*TERMINATED: 03/08/2011*

represented by **G Warren Thornell**
Law Office of G Warren Thornell
5925 Line Ave Ste 5
Shreveport, LA 71106
318-869-2900
Fax: 318-869-2999
Email: thornell2@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

### Disposition

Defendant sentenced to 15 months imprisonment with credit for time served since 7/29/10; 3 years supervised release; $100.00 special assessment; $40,538.32 restitution to be paid jointly and severally with co-defendants, Anthony Simmons 10-cr-00233-01, Patrick Edwards, 10-cr-00233-02, Marvin Mosley, 10-cr-00233-03, Fred Taylor, 10-cr-00233-04, Troy Wilson, 10-cr-00233-05, Anthony Ross, 10-cr-00233-06, Wayne Osborne, 10-cr-00233-08, Brady Dobkins, 10-cr-00233-09. Interest and penalty waived for restitution

UTTER FORGED AND
COUNTERFEIT SECURITY
(6)

### Highest Offense Level (Opening)

Felony

ATTEST A TRUE COPY
TONY R. MOORE, CLERK
USDC, WESTERN DISTRICT OF LA
BY _____
DATE 12/29/2011

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Dismissed on motion of the Government at sentencing proceedings held on 3/3/11 |
| UTTER FORGED AND COUNTERFEIT SECURITY (7-12) | Dismissed on motion of the Government at sentencing proceedings held on 3/3/11 |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA

represented by **Allison Duncan Bushnell**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3618
Fax: 318-676-3663
Email: Allison.Bushnell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josette Cassiere**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3600
Fax: 318-676-3654
Email: Josette.Cassiere@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2010 | 1 | INDICTMENT as to Anthony Dewitt Simmons (1) count(s) 1, 13-16, Patrick Edwards (2) count(s) 1, 10-12, Marvin Mosley (3) count(s) 1, 10-12, Fred Taylor (4) count(s) 1, 17-18, Troy Wilson (5) count(s) 1, 17-18, Anthony Ross (6) count(s) 1, 4-12, Timothy McGregor (7) count(s) 1, 6-12, Wayne Osborne (8) count(s) 1, 2-12, Brady Dobkins (9) count(s) 1, 2-3, 6-9. (crt,Meuleman, A) Modified on 8/24/2010 to |

|  |  |  | remove sealed from docket text (Meuleman, A). (Entered: 08/02/2010) |
|---|---|---|---|
| 07/29/2010 | 🔒 | 2 | INDICTMENT WITH SIGNATURE filed under seal as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins (crt,Meuleman, A) (Entered: 08/02/2010) |
| 07/29/2010 | 🔒 | 9 | DEFENDANT INFORMATION SHEET filed under seal as to Timothy McGregor (crt,Meuleman, A) (Main Document 9 replaced on 8/3/2010) (Meuleman, A). (Entered: 08/02/2010) |
| 07/29/2010 |  | 12 | ORAL MOTION to Seal Indictment by USA as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins. Motions referred to Mark L Hornsby.(crt,Meuleman, A) (Entered: 08/02/2010) |
| 07/29/2010 |  | 13 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: granting 12 Oral Motion to Seal Indictment as to Anthony Dewitt Simmons (1), Patrick Edwards (2), Marvin Mosley (3), Fred Taylor (4), Troy Wilson (5), Anthony Ross (6), Timothy McGregor (7), Wayne Osborne (8), Brady Dobkins (9); GRAND JURY REPORT as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins; Indictment sealed; warrants and writs to issue. Ordered sealed and withheld from the public until such time as the defendantscome into federal custody. (Court Reporter: FTR Digital) (crt,Meuleman, A) (Entered: 08/02/2010) |
| 07/29/2010 | 🔒 🔒 | 23 | *SEALED* PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Timothy McGregor. Motions referred to Mark L Hornsby. (crt,Meuleman, A) (Entered: 08/03/2010) |
| 07/30/2010 | 🔒 | 20 | ARREST WARRANT Issued by Magistrate Judge Mark L Hornsby in case as to Timothy McGregor. (crt,Meuleman, A) Modified on 8/25/2010 to unseal docket entry (Meuleman, A). (Entered: 08/03/2010) |
| 08/02/2010 | 🔒 🔒 | 24 | *SEALED* ORDER granting 23 Motion for Writ of Habeas Corpus ad prosequendum as to Timothy McGregor (7). Signed by Magistrate Judge Mark L Hornsby on 8/2/10. Copy emailed to AUSA on 8/3/10. (crt,Meuleman, A) (Entered: 08/03/2010) |
| 08/02/2010 | 🔒 🔒 | 25 | *SEALED* WRIT of Habeas Corpus ad Prosequendum Issued as to Timothy McGregor for 8/23/10 at 10:00 a.m. (crt,Meuleman, A) (Entered: 08/03/2010) |
| 08/23/2010 |  | 72 | ORAL MOTION to Appoint Counsel by Timothy McGregor. Motions referred to Mark L Hornsby.(crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/23/2010 |  | 73 | ORAL MOTION for G. Warren Thornell to Enroll as Counsel by Timothy McGregor. Motions referred to Mark L Hornsby. (crt,Meuleman, A) (Entered: 08/25/2010) |

| 08/23/2010 | 74 | ORAL MOTION for Discovery by Timothy McGregor. Motions referred to Mark L Hornsby.(crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/23/2010 | 75 | ORAL MOTION for Reciprocal Discovery by USA as to Timothy McGregor. Motions referred to Mark L Hornsby.(crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/23/2010 | 76 | ORAL MOTION for Detention by USA as to Timothy McGregor. Motions referred to Mark L Hornsby.(crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/23/2010 | 77 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: granting 72 Oral Motion to Appoint Counsel as to Timothy McGregor (7); granting 73 Oral Motion to Enroll as Appointed Counsel as to Timothy McGregor (7); granting 74 Oral Motion for Discovery as to Timothy McGregor (7); granting 75 Oral Motion for Reciprocal Discovery as to Timothy McGregor (7); granting 76 Oral Motion for Detention as to Timothy McGregor (7); INITIAL APPEARANCE, ARRAIGNMENT, and DETENTION HEARING as to Timothy McGregor held on 8/23/2010; PLEA ENTERED by Timothy McGregor: Not Guilty on counts 1,6-12. Motions due by 9/14/2010. Magistrate Judge Status Conference set for 9/16/2010 02:00 PM in Chambers before Magistrate Judge Mark L Hornsby. (Court Reporter: FTR Digital) (crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/23/2010 | 78 | ORDER OF DETENTION PENDING TRIAL as to Timothy McGregor. Signed by Magistrate Judge Mark L Hornsby on 8/23/10. (crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/24/2010 | | INDICTMENT UNSEALED as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins (crt,Meuleman, A) (Entered: 08/24/2010) |
| 08/25/2010 | 🔒 94 | ARREST WARRANT Returned Executed on 8/23/10 in case as to Timothy McGregor and document filed under seal. (crt,Meuleman, A) (Entered: 08/25/2010) |
| 08/26/2010 | 110 | CJA 20 as to Timothy McGregor: Appointment of Attorney G. Warren Thornell. Voucher Number: 5002172. Signed by Magistrate Judge Mark L Hornsby on 8/17/10. (crt,Meuleman, A) (Entered: 08/27/2010) |
| 09/16/2010 | 117 | ORAL MOTION to Continue Trial Beyond 70 Days Allowed Beyond Speedy Trial Act by Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins. Motions referred to Mark L Hornsby.(crt,Meuleman, A) (Entered: 09/16/2010) |
| 09/16/2010 | 118 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: granting 117 Oral Motion to Continue Trial Beyond 70 Days Allowed by Speedy Trial Act as to Anthony Dewitt Simmons (1), Patrick Edwards (2), Marvin Mosley (3), Fred Taylor (4), Troy Wilson |

| | | |
|---|---|---|
| | | (5), Anthony Ross (6), Timothy McGregor (7), Wayne Osborne (8), Brady Dobkins (9). The court finds that the ends of justice served by granting this continuance outweigh the publics and Defendants rights in a speedy trial. Granting 116 Motion for Extension of Time as to Troy Wilson (5); granting 113 Motion as to Brady Dobkins (9); STATUS CONFERENCE as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins held on 9/16/2010. See image associated with SCHEDULING ORDER. (Court Reporter: FTR Digital) (crt,Meuleman, A) (Entered: 09/16/2010) |
| 09/16/2010 | 119 | SCHEDULING ORDER as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins: Pretrial Conference set for 12/16/2010 02:30 PM in Chambers before Judge Tom Stagg. Jury Trial set for 1/18/2011 09:30 AM before Judge Tom Stagg. Motions due by 10/29/2010; Oppositions due 11/12/10. Foreseeable Issues, Voir Dire and Pattern Jury Instructions due by 12/9/2010. Plea Agreement due by 12/9/2010. Signed by Magistrate Judge Mark L Hornsby on 9/16/10. (crt,Meuleman, A) (Entered: 09/16/2010) |
| 10/14/2010 | 124 | MINUTE ENTRY as to Timothy McGregor; Change of Plea Hearing SCHEDULED for 10/21/2010 02:00 PM in Shreveport Court House before Judge Tom Stagg. Signed by Judge Tom Stagg on 10/14/10. (crt,Meuleman, A) (Entered: 10/14/2010) |
| 10/15/2010 | 🔒 125 | *SEALED* SEALED MOTION by USA as to Anthony Dewitt Simmons. Motions referred to Mark L Hornsby. (Attachments: # 1 Text of proposed order)(aty,Bushnell, Allison) Modified on 10/18/2010 to edit applicable party. (Meuleman, A). (Entered: 10/15/2010), (QC'ed on 10/18/2010, by Meuleman , A) |
| 10/18/2010 | 🔒 | (Court only) ***Motions terminated as to Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins: 125 SEALED MOTION filed by USA. Motion applies to defendant Simmons only. (crt,Meuleman, A) (Entered: 10/18/2010) |
| 10/19/2010 | 126 | MINUTE ENTRY as to Timothy McGregor: Change of Plea Hearing RESET for 11/10/2010 11:00 AM before Judge Tom Stagg. Signed by Judge Tom Stagg on 10/19/10. (crt,Meuleman, A) (Entered: 10/19/2010) |
| 11/10/2010 | 137 | MINUTES for proceedings held before Judge Tom Stagg: CHANGE OF PLEA HEARING as to Timothy McGregor held on 11/10/2010, PLEA ENTERED by Timothy McGregor (7) Guilty Count 6. Presentence investigation ordered; the government's motion for acceptance of responsibility is contained in the plea agreement. Sentencing set for 2/17/2011 11:00 AM before Judge Tom Stagg. (Court Reporter: Barbara Simpson) (crt,Meuleman, A) (Entered: 11/12/2010) |

| 11/10/2010 | 138 | PLEA AGREEMENT Accepted as to Timothy McGregor (Attachments: # 1 Affidavit of understanding, # 2 Factual basis for guilty plea, # 3 Elements of offense)(crt,Meuleman, A) (Entered: 11/12/2010) |
|---|---|---|
| 12/16/2010 | 170 | MINUTE ENTRY as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins: Pretrial Conference scheduled for 12/16/10 at 2:30 p.m. is hereby continued, to be reset by further Order of the court, if necessary. Signed by Judge Tom Stagg on 12/16/10. (crt,Meuleman, A) (Entered: 12/16/2010) |
| 02/03/2011 | 177 | MINUTE ENTRY as to Timothy McGregor: Sentencing RESCHEDULED for 3/3/2011 03:30 PM before Judge Tom Stagg. Signed by Judge Tom Stagg on 2/3/11. (crt,Meuleman, A) (Entered: 02/04/2011) |
| 03/02/2011 | 181 | MOTION for Departure from Sentencing Guidelines by USA as to Timothy McGregor. (aty,Bushnell, Allison) Modified on 3/3/2011 to edit event requested (Meuleman, A). (Entered: 03/02/2011), (QC'ed on 03/03/2011, by Meuleman , A) |
| 03/03/2011 | 196 | MINUTES for proceedings held before Judge Tom Stagg: granting 181 Motion for Departure from Sentencing Guidelines as to Timothy McGregor (7); SENTENCING held on 3/3/2011 for Timothy McGregor (7), Count(s) 1, 7-12, Dismissed on motion of the Government at sentencing proceedings held on 3/3/11; Count(s) 6, Defendant sentenced to 15 months imprisonment with credit for time served since 7/29/10; 3 years supervised release; $100.00 special assessment; $40,538.32 restitution to be paid jointly and severally with co-defendants, Anthony Simmons 10-cr-00233-01, Patrick Edwards, 10-cr-00233-02, Marvin Mosley, 10-cr-00233-03, Fred Taylor, 10-cr-00233-04, Troy Wilson, 10-cr-00233-05, Anthony Ross, 10-cr-00233-06, Wayne Osborne, 10-cr-00233-08, Brady Dobkins, 10-cr-00233-09. Interest and penalty waived for restitution. (Court Reporter: Barbara Simpson) (crt,Meuleman, A) (Entered: 03/10/2011) |
| 03/08/2011 | 197 | JUDGMENT as to Timothy McGregor (7), Count(s) 1, 7-12, Dismissed on motion of the Government at sentencing proceedings held on 3/3/11; Count(s) 6, Defendant sentenced to 15 months imprisonment with credit for time served since 7/29/10; 3 years supervised release; $100.00 special assessment; $40,538.32 restitution to be paid jointly and severally with co-defendants, Anthony Simmons 10-cr-00233-01, Patrick Edwards, 10-cr-00233-02, Marvin Mosley, 10-cr-00233-03, Fred Taylor, 10-cr-00233-04, Troy Wilson, 10-cr-00233-05, Anthony Ross, 10-cr-00233-06, Wayne Osborne, 10-cr-00233-08, Brady Dobkins, 10-cr-00233-09. Interest and penalty waived for restitution. Signed by Judge Tom Stagg on 3/8/11. (crt,Meuleman, A) (Entered: 03/10/2011) |

| 03/08/2011 | 🔒 | 198 | *SEALED* STATEMENT OF REASONS filed under seal as to Timothy McGregor (crt,Meuleman, A) (Entered: 03/10/2011) |
|---|---|---|---|
| 04/12/2011 | 🔒 | 229 | *SEALED* CJA 20 as to Timothy McGregor filed under seal: Authorization to Pay G Warren Thornell. Amount: $2,912.50, Voucher #5002172. Signed by Judge Tom Stagg on 4/11/11. (crt,McInnis, S) (Entered: 04/13/2011) |
| 05/02/2011 | 🔒 | 248 | *SEALED* PRE-SENTENCE INVESTIGATION REPORT filed under seal as to Timothy McGregor (crt,Allison, Judy) (Entered: 05/02/2011), (QC'ed on 05/03/2011, by Meuleman , A) |
| 12/12/2011 | | | Attorney update in case as to Anthony Dewitt Simmons, Patrick Edwards, Marvin Mosley, Fred Taylor, Troy Wilson, Anthony Ross, Timothy McGregor, Wayne Osborne, Brady Dobkins. Attorney Josette Cassiere for USA added. (crt,Brown, A) (Entered: 12/13/2011) |
| 12/19/2011 | | 283 | PROBATION JURISDICTION TRANSFERRED to Northern District of Texas as to Timothy McGregor. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet on 12/27/2011. (Attachments: # 1 Letter)(crt,LaCombe, L) (Entered: 12/27/2011) |