'UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DIVISION

| JUDGE: JEFFREY L. CURETON | |
|---|---|
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO:      RICH JAMES |
| INTERPRETER: | COURT TIME: 25 minutes |
| A.M. | P.M. | DATE: APRIL 27, 2012 |

☒DIST. CR. NO.   4:11-CR-207-Y USDJ MEANS

UNITED STATES OF AMERICA

V.

TIMOTHY MCGREGOR

DEFENDANT(S) NAME(S) AND NUMBER(S)

§ Sally Helmer        AUSA

§ Chris Curtis    F

§ COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

■ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ■ PRELIMINARY HEARING

■ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING

☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION

☒ DATE OF FEDERAL ARREST/CUSTODY: 4/17/12 EASTERN DISTRICT OF TEXAS/TYLER

☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR

☒ DEFT FIRST APPEARANCE WITH COUNSEL.

☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL

☒ REQUESTS APPOINTED COUNSEL.

☒ FINANCIAL AFFIDAVIT EXECUTED.

☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.

☐ PRIVATE COUNSEL APPOINTED _____

☐ DEFT HAS RETAINED COUNSEL_____

☒ REVOCATION HEARING SET 5-3-12 @ 9:30am _____ ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____

☐ COUNSEL DETERMINATION HEARING SET _____

☐ IDENTITY/REMOVAL HEARING SET _____

☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW

☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.

☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.

☒ ORDER OF DETENTION PENDING REVOCATION HEARING ENTERED.

☐ DEFT ADVISED OF CONDITIONS OF RELEASE.

☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS

☒ DEFT ☐ MW REMANDED TO CUSTODY.

☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.

☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING

☒ COURT FINDS PROBABLE CAUSE ☐ ID ■ PC.

☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.

☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

☒ REMARKS: **Petitions for Offender Under Supervision unsealed.** Deft does not object to Court ruling on Probable Cause from Petition; Defense witness Tommy McGregor sworn + testified; Gov't witness USPO Rich James sworn + testified

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 27 2012
CLERK, U.S. DISTRICT COURT
By_____
Deputy