IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 2 7 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:11-CR-207-Y |
| | § | |
| TIMOTHY MCGREGOR | § | |

## ORDER

In connection with the above captioned and styled cause in which the United States seeks to have the conditions of supervised release of the defendant Timothy McGregor revoked for allegedly having violated his conditions, the defendant was taken into custody and initially appeared before the undersigned. The court advised the defendant of his rights and found that the defendant was eligible for appointment of counsel, and appointed counsel.

Based upon the evidence presented, the court finds that probable cause exists to show that the defendant has violated several conditions of supervised release and the defendant failed to show that he is not a risk of flight or nonappearance, nor a danger to any other person or to the community and therefore, he should be held for a revocation hearing and detained pending that hearing.

Accordingly, defendant Timothy McGregor is ordered detained pending a revocation hearing on Thursday, May 3, 2012 at 9:30 a.m. before the Honorable Terry Means, United States District Judge, in the 2nd Floor Courtroom, Eldon B. Mahon U.S. Courthouse, Fort Worth, Texas.

Signed: April 27, 2012

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE