194358/

# United States District Court
# Northern District of Texas
*Ft. Worth Division*

UNITED STATES OF AMERICA

v.

TIMOTHY McGREGOR

CASE NUMBER: 4:11-CR-207-Y

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

194358/

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

TIMOTHY McGREGOR

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| Western District of Louisiana, Shreveport Division | August 18, 2011 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):
U.S. District Court, 501 W. 10th Street, Fort Worth, TX 76102

Karen Mitchell, U.S. District Court Clerk                (By) Deputy Clerk                December 20, 2011

### RETURN

| | Date Received | Date Executed | |
|---|---|---|---|
| Warrant received and executed. | 04/13/12 | 04/16/12 | |

Executing Agency (Name and Address)

USMS Tyler-TX

Name: Deputy Paul Barry      (By) Paul Barry      Date: 04/16/2012