UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| Hearing: | Supervised Release Hearing - **NON-EVIDENTIARY** |
| Case no.: | 4:11-CR-207-Y (01) |
| Defendant: | TIMOTHY MCGREGOR |
| Crt Reporter: | Ana Warren |
| AUSA: | Diane Kozub for Sally Helmer |
| Defense atty: | Christopher Curtis |
| Time in Court: | 12 minutes |
| Judge: | Judge Terry R. Means |
| Date of hearing: | May 3, 2012 |
| | |
| Days in Court: | one |
| Hearing concluded: | No |
| U.S.P.O.: | Rich James |
| Deputy Clerk: | Charlotte White |

Deft enters a plea of TRUE to violations.

Hearing continued indefinitely

Deft shall participate in and successfully complete the TeenLife Challenge of North Texas 18 month residential program.

Dft shall enroll in the program as soon as possible, but no later than May 7, 2012.

While in the program, mandatory conditions 1 through 9 imposed on 3/3/2011 judgment will remain active but standard and additional conditions will be suspended.

Deft ordered released from custody upon completion of all paperwork