IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA    §
                            §
  vs                        §    CRIMINAL NO: 4:11-CR-207-Y
                            §
TIMOTHY MCGREGOR   (1)      §

## ORDER ON PETITION FOR OFFENDER UNDER SUPERVISION

Pending before the Court is a Petition for Offender Under Supervision [doc #3], dated December 20, 2011. After reviewing the evidence presented at the hearing held on May 3, 2012, the Court has determined that the petition should be held for hearing indefinitely. The defendant, Mr. McGregor, is hereby ordered released from custody. As a condition of supervision, the defendant shall participate in and successfully complete the TeenLife Challenge of North Texas 18-month residential program. A copy of the signed waiver of hearing, which contains the specifics of the condition, is attached hereto and incorporated herein by reference. The defendant shall enroll in the program as soon as possible, but no later than Monday, May 7, 2012. While in the program, the standard and additional conditions of supervision imposed in the Judgment in a Criminal Case entered March 3, 2011, in Case No. 5:10-CR-00233-07 in the United States District Court for the Western District of Louisiana will be suspended. Mandatory conditions 1 through 9 will remain active. Upon successful

completion of the program, the defendant shall report to the U. S. Probation Office, 2501 Avenue J, Suite 111, Arlington, Texas, with a certificate  of completion.

SIGNED May 3, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

PROB 49
(3/89)

# United States District Court
## Northern District of Texas

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional condition of my Supervised Release:

The defendant shall participate in and successfully complete the TeenLife Challenge of North Texas 18-month residential program. The defendant will enroll in the program as soon as possible, but no later than Monday, May 7, 2012. While in the program, the standard and additional conditions of supervision imposed on the March 3, 2011, judgment will be suspended. Mandatory conditions 1 through 9 imposed on the March 3, 2011, judgment order will remain active. Upon successful completion of the program, the defendant will report to the U.S. Probation Officer, 2501 Avenue J, Suite 111, Arlington, Texas, with a certificate of completion.

Witness: _____
Richey J. James
Senior U.S. Probation Officer

Signed: _____
Timothy McGregor
Supervised Releasee

_____May 3, 2012_____
Date

Revised: May 2005)