# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DIVISION

| JUDGE: JEFFREY L. CURETON | |
|---|---|
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO: _Donna Thompson_ |
| INTERPRETER: | COURT TIME: _3 minutes_ |
| A.M.          P.M. | DATE: JULY 24, 2012 |

☒ DIST. CR. NO.   4:11-CR-207-Y ~~USDI~~ MEANS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CHRIS WOLFE,                               AUSA |
| V. | § | |
| TIMOTHY MCGREGOR | § | _William Biggs_   (F) |
| DEFENDANT(S) NAME(S) AND NUMBER(S) | § | COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F) |

■ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ■ PRELIMINARY HEARING

■ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING

☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION

☒ DATE OF FEDERAL ARREST/CUSTODY: **7/23/12** ☐ SURRENDER_____ ☐ RULE 5/32 ☐ APPEARED ON WRIT

☒ DEFT FIRST APPEARANCE.  DEFT ADVISED OF RIGHTS/CHARGES ☒ PROBATION/SUPERVISED RELEASE VIOLATOR

☒ DEFT FIRST APPEARANCE WITH COUNSEL.

☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL

☒ REQUESTS APPOINTED COUNSEL.

☒ FINANCIAL AFFIDAVIT EXECUTED.

☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.

☐ PRIVATE COUNSEL APPOINTED _____

☐ DEFT HAS RETAINED COUNSEL_____

☒ REVOCATION HEARING SET 8/7/12 AT 10:30 A.M. BEFORE JUDGE MEANS

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____

☐ COUNSEL DETERMINATION HEARING SET _____

☐ IDENTITY/REMOVAL HEARING SET _____

☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW

☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.

☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.

☒ ORDER OF DETENTION PENDING REVOCATION HEARING ENTERED.

☐ DEFT ADVISED OF CONDITIONS OF RELEASE.

☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS

☒ DEFT ☐ MW  REMANDED TO CUSTODY.

☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.

☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING

☒ COURT FINDS PROBABLE CAUSE ☐ ID ■ PC.

☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.

☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

☒ REMARKS: **Petitions for Offender Under Supervision unsealed.**
_Deft does not object to Court ruling on PC & Detention from Petition_

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL 2 4 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy