IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA    §
                            §
        V.                  §        CRIMINAL NO. 4:11-CR-207-Y
                            §
TIMOTHY MCGREGOR (01)        §

NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas,

SARAH R. SALDAÑA,  hereby respectfully advises the Court and all parties in interest

that the above-styled and numbered case has been reassigned within the Office of the

United States Attorney for the Northern District of Texas to Assistant United States

Attorney Christopher R. Wolfe.

Accordingly, it is requested that the clerk of the Court enter the name of

Christopher R. Wolfe as counsel of record for the United States of America and remove

Sally Helmer's name from the electronic case filing distribution list.

**Notice of Counsel - Page 1**

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


/s/ Christopher R. Wolfe
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone:  817.252.5200
Facsimile:  817.252.5455

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2012, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Christopher Curtis.


/s/ Christopher R. Wolfe
CHRISTOPHER R. WOLFE
Assistant United States Attorney