UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division



| | |
|---|---|
| Hearing: | Supervised Release Hearing - **NON-EVIDENTIARY** |
| Case no.: | 4:11-CR-207-Y (01) |
| Defendant: | TIMOTHY MCGREGOR |
| Crt Reporter: | Ana Warren |
| Interpreter: | N/A |
| AUSA: | Mike Worley for Chris Wolfe |
| Defense atty: | William Reynolds Biggs |
| Time in Court: | 9 minutes |
| Judge: | Judge Terry R. Means |
| Date of hearing: | August 7, 2012 |
| Status: | CUSTODY FBOP: 24 months pursuant to 18 U.S.C § 3583(e)(3) |

SUP REL:    No term of supervised release shall follow defendant's release from custody.

Defendant's detention is continued.

| | |
|---|---|
| Days in Court: | one |
| Hearing concluded: | yes |
| U.S.P.O.: | Richey James |
| Deputy Clerk: | Charlotte White |

Deft enters a plea of TRUE to violations.

Court finds Deft violated conditions of supervised release.