# United States District Court

Northern District of Texas
Fort Worth Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**for revocation of supervised release** |
| v. |  |
| TIMOTHY MCGREGOR | Case number:  4:11-CR-207-Y (01)<br>Chris Wolfe, assistant U.S. attorney<br>William Reynolds Biggs, attorney for the defendant |

On August 7, 2012, a hearing was held, at which time the Court determined that the defendant, Timothy McGregor, had violated his conditions of supervised release.  Accordingly, the defendant is adjudged guilty of such violations, which involve the following conditions:

| CONDITION | NATURE OF VIOLATION | VIOLATION CONCLUDED |
|---|---|---|
| Standard condition no. 2 | Failure to report to probation officer and submit monthly report. | December 2011 |
| Standard condition nos. 3 & 6 | Failure to notify probation officer of change in residence and to respond to instructions of probation officer. | November 2011and June 2012 |
| Special condition no. 1 | Failure to maintain contact with probation officer for referral to drug treatment program. | November 2011 |
| Special condition | Failure to participate in and successfully complete the TeenLife Challenge of North Texas 18-month residential program. | June 2012 |

The defendant is sentenced as provided in pages one through two of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant shall notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed August 7, 2012

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed August 7, 2012

Judgment in a Criminal Case
Defendant:       Timothy McGregor                                                Judgment -- Page 2  of  2
Case Number:  4:11-CR-207-Y (01)

## IMPRISONMENT

The defendant, Timothy McGregor, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 24 months pursuant to 18 U.S.C § 3583(e)(3).  No term of supervised release shall follow defendant's release from custody.

The defendant is remanded to the custody of the United States marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States marshal

BY   _____
        deputy marshal