(P1)
CTY
ORIGINAL

RECEIVED
FEB 11 2013
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2/6/13

Dear, Mr. Eldon B. Mahon                4-11-CR-207-Y

My name it "Timothy Mc Gregor" I need your assitance please you sir I have been having to trouble with the staff here at "Big Spring Tx" because of to what's been happening to me and the word I got from home please if you could sir help me

My health has been in bad shape ever since I have been locked up "August 7, 2012" and I don't know what to do also my father recently went into the hospital and I cant get to where he is at because he is in dallas and I am in "Big Spring Tx" my father is all I got and he is not excepting to make and then the reason I have been sick is because of him please sir I am in of help I know it sound's like I cant help my self and that is true please my only hope is for someone to help me get to where my father is because when I was in "State prison" the last time my "Grandmother" had past away and I didn't get to go to her funeral because she was barried at sea and now I am going to lose my dad and the staff said if that happens I will not be able to go to his funeral so that is the reason for this letter hopefully you can understand that I really hope someone could help please all I want is to be tranferred to "Seagoville Tx" closer to him please help if you can also I am the only child in the family and I have three kid's that are in foster care while I am in here because I can not get out to get them out so please I am in need as you can tell of some help and I dont know which where to turn because everytime I try to get

a hold of someone a close friend in dallas my letter keep's coming back like they moved or they don't want to help or the people please here give's it back to me so now you can tell where I am at and see what I am going through anyway with your help maybe I can get you to help me.

Sincerely
Mr. Timothy McGregor



Timothy McGregor
BOP# 18028035
FCL BigSpring
1900 Simler Avenue
BigSpring, Tx.
79720

Eldon B Mahon
501 W. 10th st. suite 310
Fort worth, Tx. 76102

CLERK OF COURT
2013 FEB 11 AM 11:08
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FORT WO. TX DIVISION
RECEIVED

7610233641